UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| LEAH KILLINGER,  )<br>              PLAINTIFF  )<br>  )<br>v.  )<br>  )<br>GRANITE BAY CARE, INC.,  )<br>              DEFENDANT  ) | No. 2:12-CV-162-DBH |
| MALYUN ISMAN,  )<br>              PLAINTIFF  )<br>  )<br>v.  )<br>  )<br>GRANITE BAY CARE, INC.,  )<br>              DEFENDANT  ) | No. 2:12-CV-356-DBH |
| MAINE HUMAN RIGHTS  )<br>COMMISSION, *for the use of*  )<br>*Maylun Isman*,  )<br>              PLAINTIFF  )<br>  )<br>v.  )<br>  )<br>GRANITE BAY CARE, INC.,  )<br>              DEFENDANT  ) | No. 1:13-CV-08-DBH |

ORDER ON MOTION FOR CONSOLIDATION

All three cases are **CONSOLIDATED** in their entirety, by consent with respect to discovery, and by consent for trial with respect to 2:12-CV-356 and 1:13-CV-08, and over the defendant's objection with respect to 2:12-CV-162.

If, after discovery and any summary judgment practice are completed, the defendant believes that there is prejudice in joint trials, it can raise the issue under Fed. R. Civ. P. 42(b).

SO ORDERED.

DATED THIS 14TH DAY OF JANUARY, 2013

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
UNITED STATES DISTRICT JUDGE