UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| LEAH KILLINGER, ET AL., )<br>)<br>  PLAINTIFFS )<br>) | |
| v. ) )<br>) )<br>) | CIVIL NO. 2:12-CV-162-DBH<br>CONSOLIDATED WITH<br>CIVIL NO. 2:12-CV-356-DBH<br>AND<br>CIVIL NO. 2:13-CV-008-DBH |
| GRANITE BAY CARE, INC., )<br>)<br>  DEFENDANT ) | |

**REPORT OF PRE-FILING CONFERENCE UNDER LOCAL RULE 56**

A pre-trial filing conference was held on June 26, 2013.

The defendant stated that it would not file for summary judgment on the plaintiffs' pregnancy discrimination claims, but may file a motion on the federal Family and Medical Leave Act claims of plaintiffs Isman and Killinger and Isman's Maine Family and Medical Leave Act claim.[1]

The plaintiffs stated that they are proceeding on their FMLA claims only under a retaliation theory.

The parties requested a settlement conference with a magistrate judge to be held in Portland. If settlement is not achieved, the defendant will notify the court whether it intends to file summary judgment on the FMLA claims within seven (7) days after the settlement conference. If the defendant chooses to file

---

[1] Killinger's Maine Family Medical Leave Act claim was dismissed by agreement of the parties. Endorsement Order Granting Defendant's Motion to Dismiss Count II (ECF No. 9).

for summary judgment, its motion shall be filed within fourteen (14) days after its notice of intent to file summary judgment.  The parties responses and reply shall be filed pursuant to Local Rule 7.

**SO ORDERED.**

**DATED THIS 26TH DAY OF JUNE, 2013**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**